**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STATE OF MISSOURI, ex rel.** | ) | |
| **PAUL BERRY III,** | ) | |
| | ) | |
| **Plaintiff/Plaintiff** | ) | **Case No. 4:25-cv-00773-JAR** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PATTONVILLE R-3 SCHOOL DISTRICT** | ) | |
| **BOARD OF EDUCATION, et al.** | ) | |
| | ) | |
| **Defendant/Defendant.** | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' EXHIBITS TO PLAINTIFFS' VERIFIED MOTION FOR TEMPORARY RESTRAINING ORDER AND COMPLAINT UNDER SEAL**

COME NOW Plaintiff Paul Berry III and pursuant to Local Rule 13.05, hereby requests that the Court grant Plaintiff leave to file Exhibits 2 thru 6 to Plaintiffs' Verified Motion for Temporary Restraining Order and the Complaint under seal of the Court pursuant to Local Rule 13.05.

In support of the instant Motion, Plaintiff states Exhibits 2 thru 6 to Plaintiffs' Verified Motion for Temporary Restraining Order and Complaint are independently maintained by Defendant Pattonville R-III School District as student records of L.B., which state the name, residency investigation information, private property agreement and communications from Defendant Pattonville R-III School District identifying minor L.B.

Plaintiff humbly states that minor L.B. is entitled to as a manner of law to keep any

student records that identify minor L.B. in excess of directory information as confidential from public exposure before the Court or otherwise. Plaintiff further state that the student records in question are critical to Plaintiff's prosecution of its claims in the underlying matter before the Court, and as such, Plaintiffs plead before the Court good cause exists to grant the instant Motion and permit Plaintiff to file the aforementioned Exhibits 2 thru 6 before the Court under seal pursuant to Local Rule 13.05.

WHEREFORE, for the aforementioned reasons, Plaintiff request the Court order Exhibits 2 thru 6 attached to this Motion as Exhibit 1 as filed by Plaintiffs under seal of the Court.

Respectfully submitted,

Paul Berry III
Plaintiff
11932 Barbara
Maryland Heights, MO 63043
314-755-9252
PBIIIUSA@gmail.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion and attachment was emailed to Melanie Gurley Keeney and Mandi Diane Moutray, counsel of record for Defendants Pattonville R-III School District Board of Education, Pattonville R-III School District, Jeanne Schottmueller, Barry Nelson, Latoria Cain, Samantha Wandersee, Allison Collins and Kelly Gordon.

Respectfully Submitted,

Paul Berry III
Plaintiff