**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| PAUL BERRY, III,<br>as Next Friend of L.B., a minor,<br><br>    Plaintiff,<br><br> v.<br><br>PATTONVILLE R-III SCHOOL DISTRICT<br>BOARD OF EDUCATION, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:25-cv-00773-JAR<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED** that Defendants' motion for judgment on the pleadings is **GRANTED**. (Doc. 39). Counts I through VI are **DISMISSED with prejudice**. Count VII is **DISMISSED without prejudice** to refiling in state court.

Dated this 3rd day of November 2025.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**